ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| CLC Construction Company | ) ASBCA No. 59110 |
| | ) |
| Under Contract No. W91B4N-11-C-8066 | ) |

APPEARANCE FOR THE APPELLANT:     Mr. Costa Maroulis
                                                          CFO/Contracts Consultant

APPEARANCES FOR THE GOVERNMENT:     Dana J. Chase, Esq.
                                                                   Army Chief Trial Attorney
                                                                   CPT Lindsay F. Defer, JA
                                                                   Trial Attorney

ORDER OF DISMISSAL

    Appellant was ordered, under date of August 19, 2025, to show cause why the appeal should not be dismissed for failure to respond to the Board's July 14, 2025, Order. An additional show cause order was issued on September 17, 2025, based on the Board's concern that there may be no valid corporate entity remaining to prosecute the appeal. Appellant has failed to respond to both orders. Accordingly, the above appeal is dismissed with prejudice under Board Rule 17.

    Dated: October 22, 2025

_____
CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                          I concur


_____          _____
OWEN C. WILSON                                    J. REID PROUTY
Administrative Judge                              Administrative Judge
Acting Chairman                                   Vice Chairman
Armed Services Board                              Armed Services Board
of Contract Appeals                               of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59110, Appeal of CLC Construction Company, rendered in conformance with the Board's Charter.

Dated:  October 22, 2025


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2